Michael A. Sacchet (Admitted Pro Hac Vice)
Megan L. Odom (Admitted Pro Hac Vice)
Ciresi Conlin LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612-361-8200
mas@ciresiconlin.com
mlo@ciresiconlin.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| THIS DOCUMENT RELATES TO: | **MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |
| Lisa J. Sanders_____, | |
| Plaintiff(s), | |
| v. | |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Master Long-Form Complaint in MDL 3081 (Dkt. 119). Pursuant to Case Management Order No. 7, this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Master Long-Form Complaint. As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

**I.    PLAINTIFF(S)**

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):
   Lisa Jennifer Sanders

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):
   N/A

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:
   N/A

## II.  DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:

   ☒ Becton, Dickinson and Company

   ☒ C.R. Bard, Inc.

   ☒ Bard Access Systems, Inc.

   ☒ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:

   _____

   _____

   _____

## III.  JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:
   Lee's Summit, Missouri

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:
   Lee's Summit, Missouri

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:
   Lee's Summit, Missouri

9.  Basis for jurisdiction:

      ☒ Diversity of citizenship (28 U.S.C. § 1332(a))

      ☐ Other: _____

      a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

      _____

      _____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:

      Western District of Missouri

## IV.  PRODUCT USE AND INJURY

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:

      ☐ BardPort M.R.I. Implantable Port

      ☐ BardPort M.R.I. Low-Profile Implantable Port

      ☐ BardPort Titanium Dome Implantable Port

      ☐ BardPort Titanium Implantable Port

      ☐ M.R.I. Plastic Dual Lumen Port

      ☐ M.R.I. Ultra SlimPort Implantable Port

      ☐ Peritoneal Titanium Port

      ☐ PowerFlow Implantable Apheresis IV Port

      ☒ PowerPort ClearVUE isp Implantable Port

      ☐ PowerPort ClearVUE Slim Implantable Port

      ☐ PowerPort duo M.R.I. Implantable Port

      ☐ PowerPort Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

☐ PowerPort isp Implantable Port

☐ PowerPort isp M.R.I. Implantable Port

☐ PowerPort M.R.I. Implantable Port

☐ PowerPort Slim Implantable Port

☐ PowerPort VUE M.R.I. Implantable Port

☐ PowerPort VUE Titanium Implantable Port

☐ SlimPort Dual-Lumen Rosenblatt Implantable Port

☐ Titanium Low-Profile Port

☐ Titanium SlimPort Implantable Port

☐ Vaccess CT Low-Profile Titanium Power-Injectable Port

☐ Vaccess CT Power-Injectable Implantable Port

☐ X-Port isp M.R.I. Implantable Port

☐ X-Port Low-Profile Titanium Port

☐ Other: _____

12. Date(s) of implantation as to the foregoing Device(s):

July 12, 2019
_____

_____

13. Model number(s)/product code(s), if available, for the foregoing Device(s):

Model Number: 1608362
_____

Lot Number: REDQ2847
_____

14. Complication(s) alleged to have occurred from use of the foregoing Device(s):

☐ Catheter fracture

☒ Infection

☐ Thrombosis

☐ Other: _____

**V.    CAUSES OF ACTION**

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

☒ Count I: Design Defect – Strict Liability

☒ Count II: Design Defect – Negligence

☒ Count III: Failure to Warn/Instruct – Strict Liability

☒ Count IV: Failure to Warn/Instruct – Negligence

☒ Count V: Manufacturing Defect – Strict Liability

☒ Count VI: Manufacturing Defect – Negligence

☒ Count VII: Breach of Express Warranty

☒ Count VIII: Breach of Implied Warranty

☒ Count IX: Negligent Misrepresentation

☒ Count X: Fraudulent Misrepresentation

☒ Count XI: Fraudulent Concealment

☒ Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices

☒ Count XIII: Unjust Enrichment

☐ Count XIV: Loss of Consortium

☐ Count XV: Wrongful Death

☐ Count XVI: Survival

☒ Count XVII: Successor Liability

☒ Timeliness and Tolling of Statutes of Limitation and Repose

☒ Punitive Damages

☐ Count XVIII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVIII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

1       _____

2       _____

3       _____

4       _____

5   16. Jury Trial demanded for all issues so triable?

6             ☒ Yes

7             ☐ No

8

9        WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and

10 all such further relief that this Court deems equitable and just as set forth in the Master

11 Long-Form Complaint and Jury Demand and any additional relief to which Plaintiff(s)

12 may be entitled.

13

14 Dated: <u>  March 19, 2024  </u>           Respectfully submitted,

15

                     <u>/s/ Michael A. Sacchet     </u>

16                      Michael A. Sacchet (MN #0395817)

17                      (Admitted Pro Hac Vice)
                     Megan L. Odom (MN #0399112)

18                      (Admitted Pro Hac Vice)
                     Ciresi Conlin LLP

19                      225 S. 6th St., Ste. 4600

20                      Minneapolis, MN 55402
                     Phone: 612-361-8200

21                      mas@ciresiconlin.com
                     mlo@ciresiconlin.com

22

23                      ***Attorneys for Plantiff***

24

25

26

27

28

**EXHIBIT A**

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

| | |
|---|---|
| PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |